# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-25-00247-CR
---

**Fredrick Jerrett Smith, Appellant**

**v.**

**The State of Texas, Appellee**

---
### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NO. 79391, THE HONORABLE DEBBIE GARRETT, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Fredrick Jerrett Smith was convicted of the offense of failure to comply with sex-offender-registration requirements and sentenced to four years' imprisonment, but the trial court suspended the sentence and placed him on community supervision. *See* Tex. Code Crim. Proc. art. 62.102; Tex. Penal Code § 12.34. A few years later, the State filed a motion to revoke his community supervision. Smith pleaded true to the revocation allegations. Following a hearing, the trial court revoked his community supervision and sentenced him to four years' imprisonment. Smith appealed the trial court's judgment revoking his community supervision.

Smith's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Smith's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating

that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Smith's counsel represented to the Court that he provided copies of the motion and brief to Smith; advised Smith of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Smith with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Smith did not file a pro se brief and did not request an extension of time to do so.

We have independently reviewed the record and considered Smith's appellate brief filed by counsel, and we have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment revoking community supervision.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Affirmed

Filed: October 1, 2025

Do Not Publish

2